UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FORT DENAUD 293, LLC, JAMES H. TAYLOR,
DONALD E. SKEETERS, BRUCE D. FRANKEL,
MICHAEL J. HAIKEN, CHAIM J. MARGOLIN,
MICHAEL J. CARRON,  RANDOLPH KNIFIC,
CAREY S. LINKER, OCULUS ATLANTIC
HOLDINGS, LLC, a West Indies limited liability
company, VISION QUEST HOLDINGS, LLC, a
West Indies limited liability company, MRCC II,
LLC, a Florida limited liability company,

      Plaintiffs,

-vs-              Case No.  2:10-cv-351-FtM-29SPC

FDIC, as Receiver for Florida Community Bank, a
Florida corporation, WALTER J. SERBON,
D'ALESSANDRO & WOODYARD, INC., a
Florida corporation, THOMAS E. WOODYARD,

      Defendants.
_____

**ORDER**

  This matter comes before the Court *sua sponte*.  On July 27, 2010, the Court issued an Order to Show Cause (Doc. #23) directing the Defendant, D'Alessandro & Woodyard, Inc.,  to show cause in writing as to why sanctions should not be imposed for failure to retain Counsel.  On August 10, 2010, the Defendant filed a Notice of Suggestion of Bankruptcy (Doc. #25) in response.  As the Defendant has adequately responded, the Court will take no further action on the Order to Show Cause (Doc. #23).

  Accordingly, it is now

  **ORDERED:**

The Court will take no further action on the Order to Show Cause (Doc. #23).

**DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record