UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FORT DENAUD 293, LLC, JAMES H. TAYLOR,
DONALD E. SKEETERS, BRUCE D. FRANKEL,
MICHAEL J. HAIKEN, CHAIM J. MARGOLIN,
MICHAEL J. CARRON,  RANDOLPH KNIFIC,
CAREY S. LINKER, OCULUS ATLANTIC
HOLDINGS, LLC, a West Indies limited liability
company, VISION QUEST HOLDINGS, LLC, a
West Indies limited liability company, MRCC II,
LLC, a Florida limited liability company,

                    Plaintiffs,

-vs-                                                   Case No.  2:10-cv-351-FtM-29SPC

FDIC, as Receiver for Florida Community Bank, a
Florida corporation, WALTER J. SERBON,
D'ALESSANDRO & WOODYARD, INC., a
Florida corporation, THOMAS E. WOODYARD,

                    Defendants.
_____

**ORDER**

      This matter comes before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint and Memorandum in Support, or in the Alternative, if Leave is Denied, Motion for Extension of Time (Doc. #30) filed on August 25, 2010.  Plaintiffs inform the Court that they are in the process of amending their Complaint to address issues raised by the additional documents received in discovery and to address a new party, the FDIC, as Receiver for Florida Community Bank, and issues created by the FDIC being a party, which occurred after the filing of Plaintiffs' Amended Complaint.  Thus, Plaintiffs request leave to file a Second Amended Complaint or, in the

alternative, an extension of time to respond to Defendant Walter J. Serbon's pending Motion to Dismiss (Doc. #24). All Defendants have consented to the amendment.

The proper method to request leave to amend a complaint, pursuant to Fed. R. Civ. P. 7(b), is either to attach a copy of the proposed amended complaint to the motion or set forth the substance of the proposed amendment in such a manner that the Court will be able to assess the viability of proposed amendment. Satz v. Long, 181 F.3d 1275, 1279 (11th Cir. 1999). In this case, Plaintiffs have attached a copy of the Second Amended Complaint to their Motion. Thus, for good cause shown and because Plaintiff's Motion for Leave to Amend is unopposed, the Court will allow it.

Because the Court has granted leave for Plaintiff to file an Amended Complaint, the pending Motions to Dismiss are due to be denied as moot.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs' Motion for Leave to File Second Amended Complaint and Memorandum in Support, or in the Alternative, if Leave is Denied, Motion for Extension of Time (Doc. #30) is **GRANTED**. The Clerk of the Court is directed to file the Amended Complaint attached to the instant Motion, along with the Exhibits, with the Court.

(2) FDIC's Supplemental Motion to Dismiss and Motion for Partial Summary Judgment of Count IV of Plaintiffs' First Amended Complaint (Doc. #11), Defendant Serbon's Amended Motion to Dismiss and Motion to Strike Jury Demand (Doc. #24), Plaintiffs' Consented to Motion for Extension of Time to Respond to Defendant, Serbon's Motion to Dismiss and Motion to Strike Jury Demand, While Seeking Leave to Amend Complaint (Doc. #28), and Defendant FDIC's Motion to Dismiss

With Prejudice Counts I, III, IV, V and VI, of Plaintiffs' Amended Complaint (Doc. #29) are **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this   26th   day of August, 2010.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record