UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FORT DENAUD 293, LLC, JAMES H. TAYLOR,
DONALD E. SKEETERS, BRUCE D. FRANKEL,
MICHAEL J. HAIKEN, CHAIM J. MARGOLIN,
MICHAEL J. CARRON, RANDOLPH KNIFIC,
CAREY S. LINKER, OCULUS ATLANTIC
HOLDINGS, LLC, a West Indies limited liability
company, VISION QUEST HOLDINGS, LLC, a
West Indies limited liability company, MRCC II,
LLC, a Florida limited liability company,

                     Plaintiffs,

-vs-                                                Case No. 2:10-cv-351-FtM-29SPC

FDIC, as Receiver for Florida Community Bank, a
Florida corporation, WALTER J. SERBON,
STEPHEN L. PRICE and THOMAS E.
WOODYARD,

                     Defendants.
_____

**ORDER**

This matter comes before the Court on Motion for Refund of Filing Fee (Doc. #42) filed on September 13, 2010. The FDIC moves the Court for a refund of the $350.00 filing fee that was paid by check drawn on the law firm of Cooke & King LLLP, counsel for FDIC. Counsel filed a copy of the check at Doc. #42-1. Pursuant to 12 U.S.C. § 1819(b)(4), the FDIC is not required to pay a filing fee. "The Corporation shall not be required to post any bond to pursue any appeal and shall not be subject to payments of any filing fees in United States district courts or courts of appeals." 12 U.S.C. § 1819(b)(4). Thus, Plaintiff FDIC's Motion is due to be granted. The refund check

should be made payable to "The Cooke Law Group, LLLP"[1] and sent to the address listed for the law firm on the docket sheet for this case.

Accordingly, it is now

**ORDERED:**

Motion for Refund of Filing Fee (Doc. #42) is **GRANTED**. The Clerk of Court is directed to issue a check made payable to "The Cooke Law Group, LLLP" in the amount of $350.00 for refund of the filing fee. The check should be sent to Robert F. Cooke at The Cooke Law Group, LLLP, 8925 S.W. 148th Street, Suite 100, Palmetto Bay, FL 33176.

**DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of September, 2010.

Copies: All Parties of Record

---

[1] Counsel for FDIC has informed the Court that the name of his law firm has changed to "The Cooke Law Group, LLLP."