UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FORT DENAUD 293, LLC, JAMES H. TAYLOR,
DONALD E. SKEETERS, BRUCE D. FRANKEL,
MICHAEL J. HAIKEN, CHAIM J. MARGOLIN,
MICHAEL J. CARRON,  RANDOLPH KNIFIC,
CAREY S. LINKER, OCULUS ATLANTIC
HOLDINGS, LLC, a West Indies limited liability
company, VISION QUEST HOLDINGS, LLC, a
West Indies limited liability company, MRCC II,
LLC, a Florida limited liability company,

                 Plaintiffs,

-vs-                                               Case No.  2:10-cv-351-FtM-29SPC

FDIC, as Receiver for Florida Community Bank, a
Florida corporation, WALTER J. SERBON,
STEPHEN L. PRICE and THOMAS E.
WOODYARD,

                 Defendants.
_____

**ORDER**

      This matter comes before the Court on the Defendant FDIC's Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Request for Production and Interrogatories (Discovery) Served on Defendant FDIC (Doc. #84) filed on January 14, 2011.  Defendant FDIC moves the Court for a thirty (30) day extension of time to prepare and serve their response to the Plaintiff's discovery requests.  As grounds, Counsel indicates that additional time is necessary given the complexity of the documents and information sought, the extent of the investigation required to locate, collect and review the documents, and the time required to prepare the appropriate responses.  Pursuant to Local

Rule 3.01(g), opposing Counsel does not object to the relief requested.  Having considered the motion, the Court finds good cause and will grant the relief requested.

Accordingly, it is now

**ORDERED:**

The Defendant FDIC's Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Request for Production and Interrogatories (Discovery) Served on Defendant FDIC (Doc. #84) is **GRANTED**.  The Defendant, FDIC, shall have up to and including **FEBRUARY 13, 2011,** to respond to the Plaintiff's discovery request.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th    day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record